## Town Minutes

We reviewed town minutes since 1941. Evidently, a fire destroyed earlier town records. This is a shame, because we found a number of interesting items in the minutes. Below is a summary list.

August 14, 1941. Reference to bridge to Haiti.

Aug. 28, 1943. Bridge to Haiti built by town, even though beyond corporate limits.

Sept. 28, 1943. Town pays for sewer connection for Mrs. J.O. Moore who apparently lived outside the corporate limits. She apparently financed the cost for 2 years.

Oct. 10, 1949. Town passes ordinance: "persons of color and/or persons of undesirable character and reputation be prohibited from purchasing lands within the residential area in said Town, whether said property contemplated to be purchased be for business or residential use."

March 6, 1951. Reference to Town Charter issued in 1911 relative to town limits. Discussed need for town survey.

May 16, 1952. Extended sewage and drainage to Mr. R.M. Durham. Town extended town limits to include Mr. Durham, but at his expense.

May 12, 1953. Past procedure re: cemetery lots to contin. (note: town cemetery is whites only; no info. re: whether blacks have ever tried to purchase lots; black cemetery is, I believe, privately owned)

May 28, 1953. An engineer to prepare plot for Powell Bill purposes.

July 14, 1953. The report of Powell Bill, maps, etc. inspected and ordered filed.

Sept. 8, 1953. Ms. E.L. Nobles requested that the town install a sewer line on King St. N. of Jones to River. The town will survey the st. to determine whether to install line. Agmt. between town and hwy fund.