

**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 MT. HOPE DRIVE • BALTIMORE, MD 21215-3297 • (410) 358-8900

**KWEISI MFUME**
President & Chief Executive Officer

July 26, 2004

Mr. Daniel Johnson Willis, Chairman
Jones County Improvement Association, Inc.
P. O. Box 397
Trenton, NC 28585

Dear Mr. Willis:

I am in receipt of your letter regarding the improvements you and your Association are looking to make in and around Trenton. Please know that, while I regret to learn of the current circumstances, it is always extremely heartening to learn about the efforts of concerned and active citizens like you, who seek to improve the world around us all.

Since this is a local issue, I have taken the liberty of forwarding a copy of your correspondence to Mr. Melvin "Skip" Alston, President of the North Carolina State Conference of NAACP Branches, for his review. It is my recommendation that you contact Mr. Alston in reference to this matter. He can be reached in writing at P. O. Box 20547, Greensboro, NC 27420, or by telephone at (336) 275-0851.

It is my most genuine hope that you obtain the assistance you seek, and I thank you for contacting the National Office of the NAACP.

Sincerely,

Kweisi Mfume
President and CEO

KM/crm

