RECEIVED
DEC 14 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jones County Board of Elections

was received by me on *(date)* 12/10/20

☒ I personally served the summons on the individual at *(place)* 389 NC Hwy 58 S
on *(date)* 12/10/20 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 15.00 for travel and $ 15.00 for services, for a total of $ 30 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/10/20

*Server's signature*

Sylvia Willis
*Printed name and title*

105 Cherry St Trenton NC 28585
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

_Daniel J Willis_
Plaintiff(s)

v.

Civil Action No. 4:20-cv-230 FL

_Jones County Board of Elections_
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jones County Board of Elections
389 NC Hwy 58 S
Suite B
Trenton, NC 28585

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*