UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:20-cv-230-FL

| | |
|---|---|
| DANIEL J. WILLIS, | )<br>) |
| Plaintiff, | ) |
| v. | )    **ORDER** |
| | ) |
| JONES COUNTY BOARD OF ELECTIONS and THE NORTH CAROLINA STATE BOARD OF ELECTIONS, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendant North Carolina State Board of Elections' motion for an extension of time to answer or otherwise respond to the Amended Complaint pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

**IT APPEARING** to the Court that Plaintiff consents to this motion, and the Court finding that good cause is shown.

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The North Carolina State Board of Elections shall answer or otherwise respond to the Amended Complaint on or before February 18, 2021.

Dated: January 13, 2021

/s/ Peter A. Moore, Jr.
Clerk of Court