CASE NO. 4:20-CV-230-FL

FILED
FEB 2 4 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Honorable Judge:

Plaintiff prays upon the court and ask the court for its permission to add the Town of Trenton as a defendant in this case.

Respectfully submitted,

Daniel J. Willis

**Motion DENIED**

This the 24th day of February, 2021.

LOUISE W. FLANAGAN, United States District Judge