UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DANIEL J. WILLIS ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:20-CV-230-FL |
| JONES COUNTY BOARD OF ) | |
| EDUCATION and NORTH CAROLINA ) | |
| STATE BOARD OF ELECTIONS and/or ) | |
| their successors, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 3, 2021, and for the reasons set forth more specifically therein, the court DISMISSES the instant action on the basis of the court's pre-filing injunction. In addition, and in the alternative, defendant NCSBE's motion to dismiss is GRANTED, and plaintiff's claims against defendant NCSBE are DISMISSED for failure to state a claim upon which relief can be granted. Further, the court adheres to its April 14, 2021, order dismissing claims against defendant Jones County Board of Elections pursuant to Rule 4(m). Accordingly, plaintiff's action is DISMISSED as to all defendants.

**This Judgment Filed and Entered on June 3, 2021, and Copies To:**
Daniel J. Willis (via US Mail) 105 Cherry Street, Trenton, NC 28585
Paul M. Cox / Terence Steed (via CM/ECF Notice of Electronic Filing)

June 3, 2021   PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk