United States District Court
Eastern Division of North Carolina
Eastern Division

Failure to prosecute

Case # 4:20-CV-230-FL

1. Plaintiff ask that this case be dismissed, Case # 4:20-CV-230-FL, in its entirety,

And

2. Return plaintiff's remittance fee of $505.00, submitted 6/11/21, to no avail. Filed 6/17/21

Respectfully Submitted

Daniel J Willis
105 Cherry St
Trenton, N.C. 28585
252-448-6091
Pro Se Litigant

FILED JUN 17 2021 PETER A. MOORE, JR., CLERK US DISTRICT COURT, EDNC BY ___ DEP CLK