**105 CHERRY STREET**
**TRENTON, N. C. 28585**

**(252)448-6091**

**JULY 12, 2021**

Judge Louise W. Flanagan
413 Middle Street
New Bern, N. C. 28560

FILED

JUL 1 4 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Honorable Judge:

Since the District Court has a <u>Pre-filing Injunction Order</u> against the plaintiff in Case No. <u>4:01-CV-159-H(4)</u>, Apr 5, 2002, therefore, plaintiff is asking that his money be refunded as to Case No. <u>4:20-CV-230-FL</u>, which was dismissed based upon said order.

Respectfully submitted,

Daniel J. Willis
Pro Se Litigant