IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CV-230-FL

| | |
|---|---|
| DANIEL J. WILLIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JONES COUNTY BOARD OF )<br>ELECTIONS and NORTH CAROLINA )<br>STATE BOARD OF ELECTIONS, and/or )<br>their successors, )<br>)<br>Defendants. ) | ORDER |

This matter is before the court upon plaintiff's successive motion for refund of fees incurred filing this action (DE 42). For the reasons previously articulated in this court's July 15, 2021 text order, the court DENIES the motion.

SO ORDERED, this the 16th day of December, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge